UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:   Giselle Figueroa                                          Case No.: 23-20448-LMI
                                                                    Chapter 13

_____Debtor(s)_____/

## MOTION TO WAIVE WAGE DEDUCTION ORDER

COMES NOW the Debtor, Giselle Figueroa, by and through the undersigned counsel, and files this Motion to Waive the Wage Deduction Order and as grounds therefore states:

1. The Debtor works as a QA Systems Analyst for Merieux NutriSciences.
2. The Debtor is traveling under an unsecured-only plan.
3. The Debtor has been advised of the risks involved in waiving the wage deduction order but still feels a waiver is the Debtor's best interest.

WHEREFORE the Debtor, Giselle Figueroa, respectfully requests that this Honorable Court enter an order waiving the requirement that the chapter 13 plan payment be paid directly by the Debtor's employer.

I HEREBY I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Respectfully submitted:                **Jose A. Blanco, P.A.**
March 12, 2024                         By: */s/ Jose A. Blanco* | FBN: 062449
                                       Attorney for Debtor(s)
                                       102 E 49th ST
                                       Hialeah, FL 33013,
                                       Tel. (305) 349-3463
                                       E-mail: jose@blancopa.com